[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14320
Non-Argument Calendar
_____

D.C. Docket No. 8:19-cr-00006-EAK-CPT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES STANLEY,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 12, 2020)

Before MARTIN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for James Stanley in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Stanley's convictions and sentences are **AFFIRMED**.